Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Bankruptcy Proceeding No.: 18−25409
Chapter: 7
Judge: Carol A. Doyle

In Re:
　Victor M Lopez
　7338 W 61st Pl
　Summit, IL 60501

Social Security No.:
　xxx−xx−4307

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 742, Chicago, IL 60604

on October 24, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Victor M Lopez
7338 W 61st Pl
Summit, IL 60501
SSN: xxx−xx−4307 EIN: N.A.

Case No. :   18−25409
Chapter :    7
Judge :      Carol A. Doyle

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Certificate of Credit Counseling.**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

```
                       United States Bankruptcy Court
                         Northern District of Illinois
```

In re:                                                   Case No. 18-25409-CAD
Victor M Lopez                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: lmaldonad           Page 1 of 1            Date Rcvd: Sep 26, 2018
                               Form ID: ntchrgRq         Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db            +Victor M Lopez,    7338 W 61st Pl,    Summit, IL 60501-1622
27061796      +BYLINE BANK,    180 N LaSalle St,    Chicago, IL 60601-2501
27061797      +CARMAX AUTO FINANCE,    12800 TUCKAHOE PKW,    RICHMOND, VA 23238
27061800      +CONTRACT CALLERS,    2915 PROFESSIONAL PARKWAY,    AUGUSTA, GA 30907-6521
27061798      +CONVERGENT OUTSOURCE,    800 SW 39TH ST,    RENTON, WA 98057-4975
27061802       COOK COUNTY 1ST MUNCPA,    RICHARD M DALEY,    CHICAGO, IL 60602
27061801      +IC SYSTEM INC,    PO BOX 64378,    SAINTY PAUL, MN 55164-0378
27061799      +STANS CONTR,    914 14TH ST POB 480,    MODESTO, PA 95353-0480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2